# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DAVID NOVAK, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00032-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNIFER JO COBB and GOLIATH MOTORSPORTS, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2013, Order.

October 17, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court